IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_GLENN R. WRIGHT_

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

_HIRERIGHT (DAC) (CD'S)_
_TRANSPORT LEASING TRUCKING_
_COMTRAK INTERMODAL TRUCKING_

(Enter above the full name of the defendant
or defendants in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to this previous lawsuit

Plaintiffs:    _GLENN R. WRIGHT_

Defendants:    _COHENS; PLUMMER, TEMPLE OF DELIVERANCE_
_COGIC_

2.    Court (if federal court, name the district; if state court, name the county): _____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    _____

6.    Approximate date of filing lawsuit: _OCT, NOV, DEC 2009_

7.    Approximate date of disposition: _N/A_



-1-                                                          Revised 4/18/08

Place of Present Confinement: _N/A_

A. Is there a prisoner grievance procedure in the institution?

                                                            Yes ( )   No (X)

B. Did you present the facts relating to your complaint in the state prisoner grievance
   procedure?

                                                            Yes ( )   No (X)

C. If your answer is Yes:

   1. What steps did you take? _N/A_

   2. What was the result? _N/A_

D. If your answer is No, explain why not: _N/A_

III.    Parties

       (In item A below, place your name in the first blank and place your present address in the
       second blank. Do the same for additional plaintiffs, if any.)

      A. Name of Plaintiff _GLENN R. WRIGHT_

         Address _3144 HIGHLAND PARK PLACE MPHS TN 38111_

      (In item B below, place the full name of the defendant in the first blank, his official
      position in the second blank, and his and his place of employment in the third blank.
      Use Item C for the names, positions, and places of employment of an additional
      defendants.)

      B. Defendant _HIRE RIGHT, (DAC)_ is employed as
       _EMPLOYMENT INFORMATION SERVICE_
       at _4500 S. 129TH E. AVE SUITE 200  TULSA OK 74134_

      C. Additional Defendants: _DANIEL DREYSON, J.B. HUNT, EVANS DELIVERY_
       _(TRANSPORT LEASING AKA KEYSTONE TRUCKING,)_
       _COMTRAK TRUCKING, DART TRANSIT, CRS TRUCKING_

IV.    Statement of Claim

       State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is
       involved. Include also the names of other persons involved, dates, and places. Do not
       give any legal arguments or cite any cases or statutes. If you intend to allege a number of
       related claims, number and set forth each claim in a separate paragraph. Use as much
       space as you need. Attach extra sheet if necessary.

FALSING A EMPLOYMENT REPORT, LEADING A SEVERAL YEAR DIS-
CRIMINATION PURSUE OF FALISIFICATION OF HIRING RIGHTS
FOR MORE THAN 8YRS I BEEN FIGHTING FOR MY RIGHTS
A'S A OWNER OPERATOR AND HAVE BEEN LICENTIOUS, BY THE
LICENTIATE COMPANIES I'VE DRIVEN SEMI TRACTOR TRA-
ILERS FOR,

SINCE THERE REPORTS HAVEN'T STOPPED, AND DR
IVEN ME OUT OF WORK NOW I'M PURSUEING
DISCRIMINATION / HARRASSMENT CHARGES. SWIFT & J.B. HUNT RENIGD
IT STARTED A MESSAGE FROM THE DAC & AKHONS THEN FIRED ME AT ORIENTATION DAC & TL
THESE TRUCK LINES CHANGE THERE COMPANY NAMES AND LOCALLY RUN A DAC
HIRE RIGHT BLACKOUT LIST ON FORMER EMPLOYEES
AND THE FEDERAL HIGHWAY SAFETY ADMINISTRATION HAS NO SAY OVER IT
DART TRANSIT & J.B.T. SET UP A ACCIDENT IN MEMPHIS 1 HAD AND 2 ON

V.   Relief
     <u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
     Cite no cases or statutes.
     *SOMEHOW MY DRIVING FOR THESE COMPANIES GOT*
     *CONNECTED TO THE U.S. TECHNO SATELLITE DIVI-*
     *SION COMPANIES*
     *I WANT IT ENDED, BECAUSE I HAVEN'T BEEN*
     *ABLE TO BUILD A CAREER; AND I AM PREJUDICED*
     *AT JOB ENTERVIEWS*

VI.  Jury Demand
     I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

          Signed this __17__ day of __OCT._____, 20 _10_

                                        _Sam R. Wynston_
                                        _____
                                        (Signature of Plaintiff/Plaintiffs)

08/06/2010


HireRight
4500 S 129th E. Ave. Ste. 200
Tulsa, OK  74134-5885


GLENN RODNEY WRIGHT
3144 HIGHLAND PARK PL
MEMPHIS TN 38111



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This letter is notification that the enclosed Driver History
Information on you has been ordered by and is being provided
to:

                    TRANSPORT LEASING #1
                    SUITE 1
                    325 S CALUMET
                    CHESTERTON    IN   46304
                    219-926-8440

This notice is being sent to you pursuant to Section 613 of
the Fair Credit Reporting Act.

This information was obtained for the company listed above by
HireRight.  If you need assistance regarding this
information, please contact HireRight at 800-381-0645 and
ask to speak with one of our Consumer Consultants.

Thank you,


HireRight



        Please Note:  The information contained in this report is
based on
        search criteria matching certain personal identifiers that
indicate
        that this information matched the consumer who is the subject
of
        the report.  However, this information is not guaranteed for
        accuracy or truthfulness as it relates to the subject of this
        report.  The information contained in this report was
accurately
        copied from HireRight's supplier(s) of such information,
including

**HireRight.**

July 23, 2010

Glenn R Wright   03575549
3144 Highland Park Pl
Memphis, TN 38111

Dear Glenn R Wright,

This letter and the attached report(s) are in reference to information that you recently requested from HireRight.  If available, an inquiry list of companies that have requested your background report(s) for the purpose of employment screening, in the last 24 months has been included.  You will also find a copy of your Summary of Rights under the Fair Credit Reporting Act.

| Sent | Requested but HireRight does not have current information on you for this request | Type of Report |
|------|------|------|
| x | | Employment History Information (Also known as "DAC Report".  Generally only applies to individuals with a commercial driver's license (CDL).) |
| x | | Criminal Record Information |
| | | Retail Theft Database Information (Generally only applies to individuals applying for Retail positions.) |
| | | Background Check Report requested by: |
| x | | Drug & Alcohol Information |
| | | Other: |
| | | Other: |

Should you have further questions regarding this matter, please feel free to contact HireRight Customer Service at 800-381-0645.

Sincerely,
HireRight Customer Service

8/4/10 #526 PM & 5:30 H READING WITH DANIEL DRYSENS VOICE HIT MY EARS BETWEEN WHILE I WAS ENTERING AUTOZONE ON SUMMER & POPE

| | |
|---|---|
| **Customer:** | D A C |
| | Consumers |
| **User:** | C O |

| Menu | Support | Log Out | HireRight.com |

# VIEW REPORTS - SUBJECT LIST

<u>Back to Report List</u>

**We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.**

**Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.**

## Transportation Employment History

| | |
|---|---|
| Customer: | D A C Consumers (110750) |
| Actor: | C O (15390coleen) |

**EMPLOYMENT HISTORY # 1**

Search Using: WRIGHT, G, xxx-xx-xxxx

DRIVING SCHOOL RECORD          07/23/2010 14:20          3501767164

Student: WRIGHT, R          SSN: xxx-xx-xxxx          DOB: None on File

1695 ECHLES ST
MEMPHIS, TN  38111

| | | |
|---|---|---|
| Driving School: | Tennessee Tech Center | Phone: ( 901) 543- 6100 |
| | 550 Alabama Ave | |
| | Memphis, TN  38105 | |
| Original data received by DAC on: | | 03/ 23/ 2001 |
| Period of Attendance: | | From 11/ 2000 To 12/ 2000 |

1

| License Number: | TN |
| PTDIA Approved Course No: | 990110101 |
| Certificate Number: | 14050 |

| STATUS: | Entry Level Driver,No Experience |
| EQUIPMENT OPERATED: | Diesel Engine |
| | 7 Speed Transmission |
| | 9 Speed Transmission |
| | 10 Speed Transmission |
| | Dry Box |
| | Flat Bed |
| LOADS HAULED: | Empty For Training |
| | Weighted For Training |
| CREDENTIALS OF SCHOOL: | Other |

Note: A seven year period has elapsed since employment termination.
It is prohibited to disclose work record, eligibility for re-hire,
reason for leaving, and accident information.

## EMPLOYMENT HISTORY # 2

Search Using: WRIGHT, G, xxx-xx-xxxx

| | EMPLOYMENT RECORD | 07/23/2010 14:20 | 3500852264 |

Driver: WRIGHT, R    SSN: xxx-xx-xxxx    DOB·    1965

| Contributed By: | Classic Freight | Phone: ( 662) 893- 4616 |
| | Enterprises Inc | |
| | 8279 Frontage Road | |
| | Olive Branch, MS  38654 | |
| Original data received by DAC on: | 12/ 07/ 2001 | |
| Period of Service: | From 10/ 2001To 11/ 2001 | |
| License Number: | TN | |

| STATUS: | Owner/Operator |
| DRIVER'S EXPERIENCE: | Over the Road |
| EQUIPMENT OPERATED: | Van |
| LOADS HAULED: | Gen. Commodity |
| | Hazardous Material |

Note: Work record, eligibility for re-hire, reason for leaving, accident
information, and drug/alcohol information cannot be reported on the above
driver because the providing company is no longer an active participant in
the index.

*[handwritten annotation in left margin:]* REPORT WAS TAKEN AT 79 SO FLEAKER ST BY TAC UNIT OFFICER AND CLEARED. COMPANY NOW KNOWN AS 1ST SERVICE. H30 ON VOICE AMP SYSTEM ON UN-SUSPECTING DRIVERS

2

**EMPLOYMENT HISTORY # 3**

Search Using: WRIGHT, G, xxx-xx-xxxx

EMPLOYMENT RECORD          07/23/2010 14:20          3500473164

Driver: WRIGHT, R     SSN: xxx-xx-xxxx     DOB.          1965

Contributed By:          Cardinal Transport Inc          Phone: ( 815) 634- 4443
                         This Company Will Supply No Further Info
                         7180 E Reed Rd
                         Coal City, IL   60416

Original data received by DAC on:          07/ 01/ 2002
Period of Service:                         From 12/ 2001To 05/ 2002
License Number:                            TN

STATUS:                         Owner/Operator
DRIVER'S EXPERIENCE:            Over the Road
EQUIPMENT OPERATED:            Flat Bed
LOADS HAULED:                  Gen. Commodity

Note: A seven year period has elapsed since employment termination.
It is prohibited to disclose work record, eligibility for re-hire,
reason for leaving, and accident information.

**EMPLOYMENT HISTORY # 4**

Search Using: WRIGHT, G, xxx-xx-xxxx

EMPLOYMENT RECORD          07/23/2010 14:20          3503090364

Driver: WRIGHT, G     SSN: xxx-xx-xxxx     DOB:          1965

Contributed By:          Transportation Safety          Phone: ( 219) 476- 1300
                         Antler Transport
                         Blue & Grey
                         Carolina National
                         Centrans
                         Enterprise
                         Five Star
                         Gulfline
                         Keystone Lines Inc
                         Liberty Transport
                         Bruin Express

3

Us 1 Logistics; Thunderbird Motor Expres
Suite 201
336 W Us 30
Valparaiso, IN   46385

| | |
|---|---|
| Original data received by DAC on: | 01/ 10/ 2005 |
| Period of Service: | From 11/ 2004To 12/ 2004 |
| License Number: | TN |

| | |
|---|---|
| ELIGIBLE FOR REHIRE: | No |
| REASON FOR LEAVING: | Discharged (or Company Terminated Lease) |
| STATUS: | Lease Driver (Employee of Independent Contractor) |
| DRIVER'S EXPERIENCE: | Regional |
| EQUIPMENT OPERATED: | Van |
| LOADS HAULED: | Container |
| WORK RECORD: | Company Policy Violation |

### Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)
while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

### EMPLOYMENT HISTORY # 5

Search Using: WRIGHT, G, xxx-xx-xxxx

EMPLOYMENT RECORD      07/23/2010 14:20      3501827964

Driver: WRIGHT, R      SSN: xxx-xx-xxxx      DOB      1965

| | | | |
|---|---|---|---|
| Contributed By: | C D S Transport Inc | | Phone: ( 800) 373- 1029 |
| | 870 South 300 West | | |
| | Heber City, UT   84032 | | |
| Original data received by DAC on: | 07/ 21/ 2005 | | |
| Period of Service: | From 01/ 2005To 03/ 2005 | | |
| License Number: | TN | | |

| | |
|---|---|
| ELIGIBLE FOR REHIRE: | Review required before rehiring |

*TIME DISPATCH MANAGER THREATEN TO HIT ME WITH HIS FIST BECAUSE HE HAD MONEY ON THE LOAD TIME I MY GETTING THERE AND A NEW SYSTEM SEE HIS DRIVERS*

4

| | |
|---|---|
| REASON FOR LEAVING: | Resigned/Quit (or Driver Terminated Lease) |
| STATUS: | Owner/Operator |
| DRIVER'S EXPERIENCE: | Over the Road |
| EQUIPMENT OPERATED: | Van |
| LOADS HAULED: | Gen. Commodity |
| WORK RECORD: | Satisfactory |

---

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)

while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

---

**EMPLOYMENT HISTORY # 6**

---

Search Using: WRIGHT, G, xxx-xx-xxxx

---

EMPLOYMENT RECORD     07/23/2010 14:20     3502483864

Driver: WRIGHT, G     SSN: xxx-xx-xxxx     DOB: None on File

Contributed By:     Dart Transit #12     Phone: ( 800) 366- 9000
The Following Employment History
Contains All The Information That Will
Be Released On The Driver. The Company
Will Supply No Further Information.
800 Lone Oak Rd
Eagan, MN  55121

Original data received by DAC on:     07/ 06/ 2007
Period of Service:     From 09/ 2005 To 01/ 2007

| | |
|---|---|
| ELIGIBLE FOR REHIRE: | Review required before rehiring |
| REASON FOR LEAVING: | Discharged (or Company Terminated Lease) |
| STATUS: | Owner/Operator |
| DRIVER'S EXPERIENCE: | Over the Road |
| EQUIPMENT OPERATED: | Dry Box |
| LOADS HAULED: | Gen. Commodity |
| WORK RECORD: | Satisfactory |

*[Handwritten notes in left margin:]* COMPANY MAINSTREAM, I.B.T IN MEMPHIS, JOICE AMP SYSTEM THAT BURST EARDRUMS AT DART; COMPANY 9012437503 TRUCK SALES TO KEEP LARGE AMOUNT OF DRIVER ESCROW WIO STAGE ACCIDENTS THROUGH SMALLER TRUCK LINES, OR SISTER COMPANIES

5

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)

while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

**EMPLOYMENT HISTORY # 7**

Search Using: WRIGHT, G, xxx-xx-xxxx

EMPLOYMENT RECORD          07/23/2010 14:20          3502338064

Driver: WRIGHT, R          SSN: xxx-xx-xxxx          DOB          1965

Contributed By:          J B Hunt Transport Inc                          Phone: ( 800) 252- 4868
                         615 Jb Hunt Corp Dr
                         Lowell, AR   72745

Original data received by DAC on:          04/ 13/ 2007
Period of Service:                         From 02/ 2007To 04/ 2007
License Number:                            TN

ELIGIBLE FOR REHIRE:          Review required before rehiring
REASON FOR LEAVING:           Resigned/Quit (or Driver Terminated Lease)
DRIVER'S EXPERIENCE:          Over the Road
EQUIPMENT OPERATED:           Van
LOADS HAULED:                 Gen. Commodity

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)

while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

6

No additional accident/incident information available.

---

**EMPLOYMENT HISTORY # 8**

---

Search Using: WRIGHT, G, xxx-xx-xxxx

---

EMPLOYMENT RECORD        07/23/2010 14:20        3500760064

Driver: WRIGHT, R        SSN: xxx-xx-xxxx        DOB.        1965

Contributed By:        Comtrak Logistics, Inc        Phone: ( 800) 846- 0024
                       5660 Universal Dr
                       Memphis, TN  38118

Original data received by DAC on:        06/ 09/ 2008
Period of Service:        From 05/ 2008 To 06/ 2008
License Number:        TN

---

ELIGIBLE FOR REHIRE:        No
REASON FOR LEAVING:        Other
STATUS:        Company Driver
DRIVER'S EXPERIENCE:        Regional
                         Single Driver
EQUIPMENT OPERATED:        Dry Box
LOADS HAULED:        Container
                     Empty Trailer
                     Gen. Commodity
WORK RECORD:        Other

---

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property
damage of any type, or resulted in the equipment requiring a tow (other than mechanical
breakdown)
while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

---

**EMPLOYMENT HISTORY # 9**

---

Search Using: WRIGHT, G, xxx-xx-xxxx

---

7

EMPLOYMENT RECORD      07/23/2010 14:20      3500582964

Driver: WRIGHT, R      SSN: xxx-xx-xxxx      DOB:      1965

Contributed By:      Evans Delivery Co Inc      Phone: ( 570) 385- 9048
                     Allpoint Transport Corp
                     Hale Intermodal
                     Route 61 South
                     Pottsville, PA   17901

*Company used
vozée amb
Zyztem,
amb Requires To
pay Drivers
for Loabs becanses*

Original data received by DAC on:      07/ 29/ 2008
Period of Service:      From 08/ 2007To 07/ 2008
License Number:      TN

ELIGIBLE FOR REHIRE:      Review required before rehiring
REASON FOR LEAVING:      Resigned/Quit (or Driver Terminated Lease)
STATUS:      Owner/Operator
DRIVER'S EXPERIENCE:      Single Driver
EQUIPMENT OPERATED:      Dry Box
LOADS HAULED:      Gen. Commodity
WORK RECORD:      Other

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)
while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

**EMPLOYMENT HISTORY # 10**

Search Using: WRIGHT, G, xxx-xx-xxxx

EMPLOYMENT RECORD      07/23/2010 14:20      3502338064

Driver: WRIGHT, R      SSN: xxx-xx-xxxx      DOB      . 1965

Contributed By:      J B Hunt Transport Inc      Phone: ( 800) 252- 4868
                     615 Jb Hunt Corp Dr

8

Lowell, AR  72745

| | |
|---|---|
| Original data received by DAC on: | 06/ 22/ 2010 |
| Period of Service: | From 06/ 2010 To 06/ 2010 |
| License Number: | TN |

*[handwritten notes in left margin:]* FALSIFIED AND JUMPED SCREEN AND USES VOICE AND SYSTEM ON DRIVERS LOUD ENOUGH TO BURST EAR DRUMS

| | |
|---|---|
| ELIGIBLE FOR REHIRE: | Review required before rehiring |
| REASON FOR LEAVING: | Discharged (or Company Terminated Lease) |
| STATUS: | Company Driver |
| DRIVER'S EXPERIENCE: | Over the Road |
| EQUIPMENT OPERATED: | Van |
| LOADS HAULED: | Gen. Commodity |
| WORK RECORD: | Company Policy Violation |

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown)

while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

Copyright 2010© HireRight. All Rights Reserved 140



Customer:    D A C Consumers
User:        C O

| Menu | Support | Log Out | HireRight.com |

# VIEW REPORTS - SUBJECT LIST

Back to Report List

**We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.**

**Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.**

## Drug/Alcohol Disclosure

```
Customer:            D A C Consumers (110750)
Actor:               C O (15390coleen)


================================================================================
                    DRUG/ALCOHOL HISTORY RECORD
--------------------------------------------------------------------------------
Search using WRIGHT,G, xxx-xx-xxxx
--------------------------------------------------------------------------------
================================================================================
                    Drug/Alcohol Disclosure
```

The companies listed below have provided DAC with drug/alcohol information regarding this driver.  This information satisfies your driver background checks required for these companies under 49 C.F.R. 382.413 Part 40 for the period of service noted.

```
    Company Name                            Period of Service
    ------------------------------------    -----------------------------
    Comtrak Logistics, Inc, Memphis, TN     From 05/2008 To 06/2008
    Evans Delivery Co Inc, Pottsville, PA   From 08/2007 To 07/2008
    J B Hunt Transport Inc, Lowell, AR      From 06/2010 To 06/2010
```

To obtain drug/alcohol testing information from the company(s) listed above, please fax a DAC Drug/Alcohol release form to 800-257-8069.

1

Releases faxed to other numbers will experience delays in processing.
The driver must sign the DAC Drug/Alcohol release after listing all the
company(s) from which you wish to receive information.

If you need a DAC drug/alcohol release form or have questions about using
DAC's drug/alcohol database please call DAC drug/alcohol marketing at
800-331-9175.
================================================================================

[ END OF REPORT ]

Copyright 2010© HireRight. All Rights Reserved 140



the public records of various courts and law enforcement
agencies;
credit bureaus; laboratories; etc., as applicable.  However,
information generated as a result of identity theft, including
evidence of criminal activity, may be inaccurately associated
with
the consumer who is the subject of this report.  Employment
decisions should not be based solely upon information
contained in
this report.  Positive ID requires a fingerprint search.  The
user
of this report is responsible for following applicable local,
state, and federal laws with respect to the procurement and
use of
this information.

```
================================================================================
========
                D. A. C.  S E R V I C E S .... M V R   R E P O R T

--------------------------------------------------------------------------------
--------
                    D R I V E R   I N F O R M A T I O N

--------------------------------------------------------------------------------
--------
  TENNESSEE        LIC#059311280          QBK:
  WRIGHT, GLENN RODNEY
  3144 HIGHLAND PARK PL
  MEMPHIS, TN 38111

--------------------------------------------------------------------------------
--------
  DOB:    /65  SOC/SEC:          SEX:M  HGT:5'07  WT:204  EYES:BR
  HAIR:NN
   REQUESTED AS ALSO KNOWN AS:059311280,050365,GLENN RODNEY WRIGHT

            D R I V E R   L I C E N S E   I N F O R M A T I O N

--------------------------------------------------------------------------------
--------
  CLASS               ISSUED   EXPIRES  STATUS        RESTRICTIONS

--------------------------------------------------------------------------------
--------
  CDL-A               01/20/10 05/03/15 CDL:LIC
                                        DRV:LIC

  M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A
  T I O N

--------------------------------------------------------------------------------
--------
     CLASS: CDL-A=COMB VEH>26,000 GVWR, TOWED UNIT>10,001 GVWR
           ENDOR : N
     ENDOR: N=TANK
      MISC: CONTAINS THREE YEARS ACTIVITY

            D R I V I N G   R E C O R D   I N F O R M A T I O N

--------------------------------------------------------------------------------
--------
  TYPE V/S-DATE C/R-DATE DESCRIPTION                            V/C-
  CODE   PTS

--------------------------------------------------------------------------------
--------
      09/27/09 12/11/09 FAILURE TO PROVIDE EVIDENCE OF FIN RESP   110
                        CASE #: 6405041
                        JURIS: SHELBY
      09/27/09 01/19/10 REINSTATEMENT - TEST REQUIRED             094
                        CASE #: 6405041
                        JURIS: SHELBY

********************************************************************************
********
  ******************************* MVR VAULT
```

```
**********************************
 ************ STATE PROCESSED 08/04/10 ** YOUR REQUEST ON 08/06/10
*************
 **************************** MVR AGE: 02 DAYS
******************************

---------------------------------------------------------------------
--------
 DAC RPT#:218-    1 DAC ACCT#:          DAC REF#:10322201008061652
 DMV DATE:08/04/10  DMV ACCT#:

=====================================================================
========
```

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

Search using WRIGHT, R, ⸍ ⸍ '1965

DAC Services, Drug/Alcohol Record 7/23/2010 2:21:36 PM

Driver: WRIGHT,R SSN:xxx-xx-xxxx DOB:      '1965

Motor Carrier: Comtrak Logistics, Inc Phone: 800-846-0024


5660 Universal Dr

Memphis, TN 38118

Original Data Received by DAC on 6/9/2008

The following information on this driver has been provided by the motor carrier listed above. This information satisfies your driver background checks for this company under 49 C.F.R. PART 391 for the period of service noted below. Information older than three years will not be included on this report.


Period of Service: From 05/2008 to 06/2008

DOT Drug/Alcohol Violations: No




Search using WRIGHT, R, 05/03/1965

DAC Services, Drug/Alcohol Record 7/23/2010 2:21:36 PM

Driver: WRIGHT,R SSN:xxx-xx-xxxx DOB:      1965

Motor Carrier: Evans Delivery Co Inc
Allpoint Transport Corp

1

Period of Service: From 06/2010 to 06/2010

DOT Drug/Alcohol Violations: No

| | |
|---|---|
| **Customer:** | D A C Consumers |
| **User:** | C O |

View Reports - Subject List

Back to Report List

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

---

**20/20 Insight Criminal Records Database**
Customer:          D A C Consumers (110750)
Actor:                C O (15390coleen)
    .                        USIS COMMERCIAL SERVICES, INC.
         20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
---

         20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST

INFORMATION
------------------------------------------------------------------------
NAME: WRIGHT, GLENN
DOB: .. /1965 SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE
------------------------------------------------------------------------
REQUEST DATE:   7/23/2010
------------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE
INFORMATION
------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE)
BIRTHDATE
NAME:  WRIGHT, GLENN R
DOB:     1965
GENDER: M      RACE:  B
------------------------------------------------------------------------
                CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------

REPORT TYPE:         B F/M
SEARCH DATE:         06/22/2005
STATE/COUNTY:        TN SHELBY


OFFENSE TYPE:   M MISDEMEANOR
CONVICTED:       YES
CASE NUMBER:         98 12412
FILE DATE:        10/13/1998
DISPOSITION DATE:    2/19/1999
FILE AGENCY:      AGENCY: GENERAL SESSIONS
ARREST CHARGE:          FINAL STATUTE: 55-50-504; FINAL CHARGE:
DRIVE
            WHILE LICENSE SUSPENDED/REVOKED/CANCELLED
ARREST DISPOSITION:   GUILTY
SENTENCE:         SENTENCE: 30 DAYS; COSTS: $493.05, PAID:
$178.00;
            FINES: $500.00
COMMENTS:      PLEA: GUILTY


------------------------------------------------------------------------
ORDER #: 75068662    REQUEST #:  130319442    DATA FILE DATE:
3/1/2007
------------------------------------------------------------------------

2

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
--------------------------------------------------------------------------------
20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
--------------------------------------------------------------------------------
NAME: WRIGHT, GLENN
DOB:      /1965 SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE
--------------------------------------------------------------------------------
REQUEST DATE:   7/23/2010
--------------------------------------------------------------------------------
20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
--------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE)  BIRTHDATE
NAME:  WRIGHT, GLENN R
DOB:      /1965
GENDER:  M        RACE:  B
--------------------------------------------------------------------------------
CRIMINAL RECORD INFORMATION
--------------------------------------------------------------------------------

REPORT TYPE:          B F/M
SEARCH DATE:          05/02/2007
STATE/COUNTY:         TN SHELBY


OFFENSE TYPE:   M MISDEMEANOR
CONVICTED:      YES
CASE NUMBER:         98 12412
FILE DATE:         10/13/1998
DISPOSITION DATE:     2/19/1999
FILE AGENCY:     AGENCY: CRIMINAL COURT; LOCATION: SHELBY COUNTY
ARREST CHARGE:         FINAL STATUTE: 55-50-504; FINAL CHARGE: DRIVE
          WHILE LICENSE SUSPENDED/REVOKED/CANCELLED
ARREST DISPOSITION:   GUILTY
SENTENCE:         SENTENCE: 30 DAYS; FINES: $490.00
COMMENTS:         PLEA: GUILTY

3

---

ORDER #: 75068662    REQUEST #:  130319442    DATA FILE DATE: 5/15/2007 8:36:24 AM

---

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD

---

20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION

---

NAME: WRIGHT, GLENN
DOB:        SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

---

REQUEST DATE:    7/23/2010

---

20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION

---

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE) BIRTHDATE
NAME:  WRIGHT, GLENN
DOB:    1965
RACE: U

---

CRIMINAL RECORD INFORMATION

---

REPORT TYPE:        B F/M
SEARCH DATE:        05/07/2007
STATE/COUNTY:       VA SHENANDOAH


OFFENSE TYPE:   M MISDEMEANOR
CONVICTED:      YES
CASE NUMBER:        GT0100970300
FILE DATE:       9/19/2001
DISPOSITION DATE:    10/30/2001
ARREST CHARGE:       FINAL CHARGE: RECKLESS DRIVING
ARREST DISPOSITION:   GUILTY
SENTENCE:        OTHER; $390 FINE/COSTS.

---

4

ORDER #:  75068662     REQUEST #:  130319442     DATA FILE DATE: 5/15/2007 2:58:02 PM

-----------------------------------------------------------------------

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD

-----------------------------------------------------------------------

20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION

-----------------------------------------------------------------------

NAME: WRIGHT, GLENN
DOB:   1965 SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

-----------------------------------------------------------------------

REQUEST DATE:   7/23/2010

-----------------------------------------------------------------------

20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION

-----------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE) BIRTHDATE
NAME:  WRIGHT, GLENN R
DOB:   1965
GENDER: M       RACE:  B

-----------------------------------------------------------------------

CRIMINAL RECORD INFORMATION

-----------------------------------------------------------------------

REPORT TYPE:          B F/M
SEARCH DATE:          06/17/2010
STATE/COUNTY:         VA SHENANDOAH


OFFENSE TYPE:    M MISDEMEANOR
CONVICTED:       YES
CASE NUMBER:         GT01009703-00
FILE DATE:       9/19/2001
DISPOSITION DATE:    10/30/2001
FILE AGENCY:     AGENCY: GENERAL DISTRICT COURT; LOC-DATA
          TRUNCATED
ARREST CHARGE:        FINAL STATUTE: 46.2-862; FINAL CHARGE: RECKLESS
          DRIVING BY SPEED
ARREST DISPOSITION:   GUILTY IN ABSENTIA

5

SENTENCE:        COSTS: $40.00, PAID: $40.00; FINES: $350.00,
              PAID: $350.00

--------------------------------------------------------------------------------
ORDER #: 75068662     REQUEST #:  130319442     DATA FILE DATE:
6/18/2010 1:28:50 AM
--------------------------------------------------------------------------------

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY
RECORD
--------------------------------------------------------------------------------
20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST
INFORMATION
--------------------------------------------------------------------------------
NAME: WRIGHT, GLENN
DOB:      /1965  SSN:
REQUEST DATE:   7/23/2010
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

--------------------------------------------------------------------------------
20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE
INFORMATION
--------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE)
BIRTHDATE
NAME:  WRIGHT, GLENN R
DOB:      __/1965
GENDER: MALE   RACE: BLACK
--------------------------------------------------------------------------------
CRIMINAL RECORD INFORMATION
--------------------------------------------------------------------------------

SOURCE:           VIRGINIA ADMINISTRATOR OF COURTS
OFFENDER STATUS:      RELEASED ON SUMMONS

   OFFENSE CODE:        46.2-862
   OFFENSE:          RECKLESS DRIVING-84/65
   OFFENSE DATE:        09/05/2001
   OFFENSE TYPE:        MISDEMEANOR
   DATE FILED:        09/19/2001
   COURT CASE NUMBER:    171GT0100970300
   COURT CODE:        171G
   COURT NAME:         SHENANDOAH GD

CASE YEAR:          2001
DISPOSITION DATE:     10/30/2001
DISPOSITION:         GUILTY IN ABSENTIA

SENTENCE DETAILS:     COURT FINE & COSTS

-------------------------------------------------------------------------------

ORDER #: 75068662     REQUEST #:  130319442    DATA FILE DATE:
02/24/2009

-------------------------------------------------------------------------------

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY
RECORD

-------------------------------------------------------------------------------

20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST
INFORMATION

-------------------------------------------------------------------------------

NAME: WRIGHT, GLENN
DOB:     1965  SSN:
REQUEST DATE:  7/23/2010
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

-------------------------------------------------------------------------------

20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE
INFORMATION

-------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE)
BIRTHDATE
NAME:  WRIGHT, GLENN RODNEY
DOB:      1965
GENDER: MALE   RACE: BLACK

-------------------------------------------------------------------------------
CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------------------

SOURCE:          VIRGINIA ADMINISTRATOR OF COURTS
OFFENDER STATUS:     RELEASED ON SUMMONS

OFFENSE CODE:      46.2-1112
OFFENSE:        OVER LENGTH
OFFENSE TYPE:      INFRACTION
DATE FILED:      04/24/2006

COURT CASE NUMBER:      069GT0600377000
COURT CODE:         069G
COURT NAME:         FREDERICK GD
CASE YEAR:          2006
DISPOSITION DATE:      05/22/2006
DISPOSITION:        PREPAID

    SENTENCE DETAILS:     COURT FINE & COSTS


--------------------------------------------------------------------------
ORDER #: 75068662     REQUEST #:  130319442     DATA FILE DATE:
02/24/2009
--------------------------------------------------------------------------

            USIS COMMERCIAL SERVICES, INC.
    20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY
RECORD
--------------------------------------------------------------------------
    20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST
INFORMATION
--------------------------------------------------------------------------
NAME: WRIGHT, GLENN
DOB:  ..   1965  SSN:
REQUEST DATE:   7/23/2010
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE


--------------------------------------------------------------------------
    20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE
INFORMATION
--------------------------------------------------------------------------


MATCH WAS MADE USING: LASTNAME  FIRSTNAME(GLE)
BIRTHDATE
NAME:  WRIGHT, GLENN RODNEY
DOB:     /1965
GENDER:  MALE   RACE:  BLACK
--------------------------------------------------------------------------
            CRIMINAL RECORD INFORMATION
--------------------------------------------------------------------------


SOURCE:        VIRGINIA ADMINISTRATOR OF COURTS

   OFFENSE CODE:      F.46.2-870
   OFFENSE:        SPEED 78/65

OFFENSE DATE:          01/11/2002
OFFENSE TYPE:          INFRACTION
DATE FILED:            01/15/2002
COURT CASE NUMBER:      197GT0200124000
COURT CODE:            197G
COURT NAME:            WYTHE GD
CASE YEAR:             2002
DISPOSITION DATE:       02/22/2002
DISPOSITION:           GUILTY IN ABSENTIA

  SENTENCE DETAILS:      COURT FINE & COSTS

--------------------------------------------------------------------------
ORDER #: 75068662     REQUEST #:  130319442     DATA FILE DATE: 02/24/2009
--------------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of Foreign Assets Control SDN and blocked persons list. You will be notified in the event of a possible match. ----------------------------------------------------------------
---------------
The following report is obtained from a commercial database that contains nformation from public records of various courts and law enforcement agencies across the United States.  These records are included in the report because the search criteria for matching personal identifiers such as name, date of birth, Social Security Number, etc., suggested that this record(s) matched the information you provided for the subject of the report.  As such, these records might relate to the subject you inquired about, but not necessarily.  You should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires fingerprint search.
--------------------------------------------------------------------------

Copyright 2010© HireRight. All Rights Reserved 140

 HireRight.

| | |
|---|---|
| **Subject Name:** | Glenn Rodney Wright |
| **Subject DOB:** | 1965 |
| **Subject SSN:** | |
| **Subject Race:** | |
| **Subject Gender:** | |
| **Search Type:** | B |

| | |
|---|---|
| **ReportNumber:** | 1487264 |
| **Request ID** | 44551792 |
| **Request Date:** | 6/16/2010 1:34:00 PM |
| **Search State:** | VA |
| **Report Date:** | 6/17/2010 12:03:36 PM |
| **Search County:** | SHENANDOAH |
| **Reference:** | CD-RAP |

**Result Comments:**

⬦

## CRIMINAL SEARCH RESULTS

| | |
|---|---|
| **Case Number:** | GT01009703-00 |
| **File Date:** | 9/19/2001 |
| **Arrest Date:** | |
| **Offense Date:** | |
| **Agency Loc:** | SHENANDOAH COUNTY |
| **Agency Type:** | GENERAL DISTRICT COURT |

**Case Comments:**

**Identifying Info**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | GLENN R WRIGHT | **DOB:** | /1965 | **Matching Criteria** | |
| **BirthPlace:** | | **SID:** | | [X] Last Name | |
| **SSN on Record:** | | **FID:** | | [X] First Name | |
| **Height:** | | **DL#:** | | [X] Middle Name | |
| **Weight:** | | **DL State:** | | [X] DOB | |
| **Eye Color:** | | **Gender:** | Male | [ ] SSN | |
| **Hair Color:** | | **Race:** | Black | [ ] Address | |
| **Markings:** | | **Address:** | | | |
| | | | MEMPHIS, TN 38111 | | |

**Other:**

*Matched on: First Name, Middle Name, Last Name, and DOB*
*Data inconsistent with the requested criteria:*

◇

| | | | |
|---|---|---|---|
| **Count:** | 1 | | |
| **Original Statute:** | | **Final Statute:** | 46.2-862 |
| **Original Charge:** | | **Final Charge:** | RECKLESS DRIVING BY SPEED |
| **Original Type:** | | **Final Type:** | Misdemeanor |
| **Original Class:** | | **Final Class:** | |
| **Plea:** | | **Plea Date:** | |
| **Degree:** | | **Final Degree:** | |
| **OrigDisposition:** | | **Disposition:** | GUILTY IN ABSENTIA |
| **OrigDispDate:** | | **DispDate:** | 10/30/2001 |
| **Comments:** | | | |
| **Appeal Comments:** | | | |

◇

| | Type | Amount | Paid | Suspended |
|---|---|---|---|---|
| Costs | $40 | $40 | | |
| Fines | $350 | $350 | | |

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

USIS COMMERCIAL SERVICES, INC.

USIS WIDESCREEN HISTORY RECORD

-------------------------------------------------------------------------------

USIS WIDESCREEN REQUEST INFORMATION

-------------------------------------------------------------------------------

NAME: WRIGHT, GLENN RODNEY
DOB:     1965  SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE
REQUEST DATE:    6/16/2010

-------------------------------------------------------------------------------

USIS WIDESCREEN FILE INFORMATION

-------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME FIRSTNAME(GLE)  BIRTHDATE
NAME:  WRIGHT, GLENN R
GENDER: MALE   RACE: BLACK

-------------------------------------------------------------------------------

CRIMINAL RECORD INFORMATION

-------------------------------------------------------------------------------

IN THE CASE OF POTENTIAL MATCHES
IN THE WIDESCREEN DATABASE, RECORDS
WILL BE ORDERED FROM THE ORIGINAL
SOURCE TO VERIFY ACCURACY AND CURRENCY.
FINAL RESULTS MAY OR MAY NOT RESULT IN
A TRUE MATCH.

-------------------------------------------------------------------------------

ORDER #: 74126690   REQUEST #:

-------------------------------------------------------------------------------

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

-------------------------------------------------------------------------------

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this

1

| Date | Customer / Subject Info. | Product Requested |
|------|--------------------------|-------------------|
| 07/21/2010 | CUSTOMER INFORMATION<br>Stevens Transport<br>Recruiting<br>P O Box 279010<br>Dallas, TX 75227<br>800-333-8595 | CDLIS+<br>Existing report: Text |
| 07/21/2010 | CUSTOMER INFORMATION<br>Stevens Transport<br>Recruiting<br>P O Box 279010<br>Dallas, TX 75227<br>800-333-8595 | SSN Check<br>Existing report: Formatted & Text |
| 07/21/2010 | CUSTOMER INFORMATION<br>Stevens Transport<br>Recruiting<br>P O Box 279010<br>Dallas, TX 75227<br>800-333-8595 | Transportation Employment History<br>Existing report: Text |
| 07/21/2010 | CUSTOMER INFORMATION<br>Stevens Transport<br>Recruiting<br>P O Box 279010<br>Dallas, TX 75227<br>800-333-8595 | Drug/Alcohol Disclosure<br>Existing report: Text |
| 06/22/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | Termination Record<br>Existing report: Text |
| 06/16/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | Roster POS Append<br>Existing report: Formatted |
| 06/16/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859 | Criminal Records, County<br>Existing report: Formatted & Text |

| Date | Customer / Subject Info. | Product Requested |
|------|--------------------------|-------------------|
| | 615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | |
| 06/16/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | USIS Widescreen National Criminal S<br>Existing report: Text |
| 06/16/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | Roster POS Append<br>Existing report: Formatted |
| 06/14/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | US MVR Express<br>Existing report: Text |
| 06/14/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | CDLIS+<br>Existing report: Text |
| 06/14/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | Transportation Employment History<br>Existing report: Text |
| 06/14/2010 | CUSTOMER INFORMATION<br>J B Hunt Transport Inc<br>Po Box 859<br>615 Jb Hunt Corp Dr<br>Lowell, AR 72745<br>479-419-3228 | USIS Widescreen National Criminal S<br>Existing report: Text |

Wright, C

INQUIRIES

| Inq. Date | Inq. Type | Inq. Customer | Info. Supplied |
|-----------|-----------|---------------|----------------|
| 7/21/2010 | CDL/LIC | T I S I/ RATBERT - A<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | CDLIS, LIC POINTER |
| 6/14/2010 | CDL/LIC | T I S I/ RATBERT - A<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | CDLIS, LIC POINTER |
| 1/15/2010 | EMP/LIC | WALLER TRUCK CO INC<br>400 S MCCLEARY RD<br>EXCELSOR SPRG, MO 64024<br>(800) 821-2196 | EMPLOYMENT HIS. |
| 1/15/2010 | DRG/ALC | NONE, NO DISCLOSURES<br><br>EXCELSOR SPRG, MO 64024 | |
| 1/15/2010 | CDL/LIC | WALLER TRUCK CO INC<br>400 S MCCLEARY RD<br>EXCELSOR SPRG, MO 64024<br>(800) 821-2196 | CDLIS, LIC POINTER |
| 1/8/2009 | DRG/ALC | T I S I/ RATBERT - A<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | LOSURE THAT A DRUG/ALCOHOL<br>REPORT WAS AVAILABLE |
| 1/8/2009 | DRG/ALC | T I S I/ RATBERT - A<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | LOSURE THAT A DRUG/ALCOHOL<br>REPORT WAS AVAILABLE |
| 1/8/2009 | DRG/ALC | T I S I/ RATBERT - A<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | LOSURE THAT A DRUG/ALCOHOL<br>REPORT WAS AVAILABLE |
| 1/8/2009 | EMP/LIC | T I S I/ RATBERT - C<br>4500 S 129TH EAST AVE<br>TULSA, OK 74134<br>(800) 331-9175 | EMPLOYMENT HIS. |

***********END OF SEARCH**********

| Date | Customer / Subject Info. | Product Requested |
|------|--------------------------|-------------------|
| 01/25/2010 | CUSTOMER INFORMATION<br>Transguard Ins Co Of America<br>215 Shuman Blvd Ste 400<br>Naperville, IL 60563<br>213-337-2141 | US MVR - Standard Delivery<br>Existing report: Text |
| 07/15/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | US MVR - Standard Delivery<br>Existing report: Text |
| 01/09/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | Employment Verification - Basic CDL<br>Existing report: Formatted & Text |
| 01/09/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | Employment Verification - Basic CDL<br>Existing report: Formatted & Text |
| 01/08/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | CDL Drug/Alcohol Database (Per Empl<br>Existing report: Text |
| 01/08/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | DAC Employment History File (Per Re<br>Existing report: Text |
| 01/02/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |

| Date | Customer / Subject Info. | Product Requested |
|------|--------------------------|-------------------|
| 01/02/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |
| 01/02/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |
| 01/02/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |
| 01/02/2009 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |
| 07/29/2008 | CUSTOMER INFORMATION<br>Evans Delivery Co Inc<br>Po Box 268<br><br>Pottsville, PA 17901<br>570-385-9048 | Termination Record<br>Existing report: Text |
| 07/28/2008 | CUSTOMER INFORMATION<br>H and M International Trns<br>75 County Road<br>Jersey City, NJ 07307<br>201-216-8479 | MVR Express<br>Existing report: Text |

***********END OF SEARCH***********

report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

-----------------------------------------------------------------------------------